```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

UNITED STATES OF AMERICA                                PLAINTIFF

vs.                    CRIMINAL ACTION NO. 3:15-cr-28-DCB-LRA-001

MARVIN R. BROWN                                         DEFENDANT

<u>ORDER</u>

BEFORE THE COURT is the Defendant's request to have the Government provide sentencing material pertaining to testifying witnesses presented to the Court for in camera review. The Government is Ordered to produce all copies of any confidential sentencing material <u>in its possession</u>, pertaining to any testifying witness, said material to be produced on or before March 23, 2016.

SO ORDERED this the <u> 15th </u> day of March, 2016.

                                <u>  s/ David Bramlette       </u>
                                UNITED STATES DISTRICT JUDGE