IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:15CR28DCB-LRA

MARVIN ROCEDREK BROWN,
CORINA LEANN CORNELL, and
CRYSTYLIN DIONNE PATRICK

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture [Ct. Doc. No. 165]. Having reviewed the Government's Motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on March 30, 2016 and March 31, 2016, this Court entered Agreed Preliminary Orders of Forfeiture, ordering the Defendants, **MARVIN ROCEDREK BROWN, CORINA LEANN CORNELL, and CRYSTYLIN DIONNE PATRICK** to forfeit the following property (hereafter **"the Subject Property"**);

a. **Real property located at 15792 Highway 489, Union, Newton County, Mississippi; (Parcel No. 039R-29-00-006.01) more particularly described as:**

**Beginning at the intersection of the North right-of-way line of Mississippi Highway 489 with the East right-of-way line of Rigdon Road in the SE ¼ of NE ¼ of Section 29, Township 8 North, Range 11 East, run thence North along the East right-of-way line of Rigdon Road to the South boundary line of the NE ¼ of NE ¼ of said Section 29; thence run East along the South boundary line of the NE ¼ of NE ¼ to the North right-of-way line of Mississippi Highway 489; thence run in a Southwesterly direction along the North right-of-way line of said Mississippi Highway 489 to the point of beginning, being in the SW ¼ of NE ¼ of said Section 29, Township 8 North, Range 11 East;**

b. **Real property located on Rigdon Road, Union, Newton County, Mississippi; (Parcel No. 050R-21-00-013.10) more particularly described as:**

**Commence at the 1" iron pipe found at the SW corner of Section 21 of Township 8 North, and Range 11 East of Newton County, Mississippi;**

**thence North, 1466.60 feet; thence East, 698.39 feet to the North right-of-way line of Rigdon Road and the point of beginning of the herein described property; thence North, 708.10 feet; thence East, 623.26 feet to the East line of the NW ¼ of the SW ¼ of said Section 21; thence South, 558.66 feet; thence West, 118.10 feet; thence South, 200.13 feet to aforesaid North right-of-way line; thence North 83 degrees 49 minutes 13 seconds West, 390.98 feet in said North right-of-way line; thence North 85 degrees 46 minutes 37 seconds West, 116.77 feet in said North right of way to the point of beginning; being 10.00 acres, more or less, and a part of the NW ¼ of the SW ¼ of Section 21 of Township 8 North, and Range 11 East of Newton County, Mississippi; and**

c.  **Real property located at 11971 Highway 15 South, Union, Neshoba County, Mississippi (Parcel No. 12300-14-041.004), more particularly described as:**

**Commencing at the SW corner of the NW ¼ of the SE 1/4 of Section 14, Township 9 North, Range 11 East of Neshoba County, Mississippi; thence East 236.00 feet; thence North 520.00 feet to the NE corner of property now owned by Kevin D. McRorey; thence East 280.69 feet to the point of beginning of the herein described property; thence North 29 degrees 18 minutes 17 seconds West 179.00 feet; thence North 60 degrees 41 minutes 43 seconds East 200.78 feet to the SW right of way line of Mississippi Highway 15; thence South 29 degrees 18 minutes 17 seconds East 172.17 feet in said SW right of way line to a concrete right of way monument; thence South 17 degrees 17 minutes 11 seconds West 109.16 feet to the NE corner       of said property now owned by Kevin D. McRorey; thence West 139.31 feet to the point of beginning; containing 1.00 acres, more or less. Being a part of the NW ¼ of the SE ¼ of Section 14, Township 9 North, Range 11 East of Neshoba County, Mississippi**

**And also**

**2008 Champion 64x32 Mobile Home with the Serial Number: 011-000-H-C-031321AB.**

d.  **1992 Southern Homes mobile home with serial number SSDAL3951SL2030622 (856 Rigdon Road, Union, Newton County, MS)**

e.  **1996 Southern Lifestyle mobile home with serial number DSLAL256A&B (55 Rigdon Rd., Union, Newton County, MS)**

 f. 1997 Southern Homes mobile home with serial number SSEAL199032 (836 Rigdon Rd., Union, Newton County, MS)

 g. 1996 North River mobile home with serial number ALFLT64A17985 (838 Rigdon Rd., Union, Newton County, MS); and

 h. 2008 Clayton mobile home with serial number CLAO56964TN (at 842 Rigdon Rd., Union, Newton County, MS)

 i. Commence at the Southwest corner of the NW ¼ of SE ¼ of Section 14, Township 9 North, Range 11 East, Neshoba County, Mississippi; thence run East a distance of 236 feet to a point; thence run north a distance of 520 feet to a point to a round creosote post at a fence corner; said point being the point of beginning of the herein described parcel of land; thence run north 00 degrees 33 minutes 34 seconds West along said fence a distance of 527.95 feet to an old fence; thence run North 89 degrees 57 minutes 00 seconds East along said fence a distance of 231.36 feet to the West Right-of-Way line of Mississippi Highway No. 15; thence run South 27 degrees 47 minutes 27 seconds East along said West Right-of-Way a distance of 304.55 feet to a point; thence leaving said West Right-of-Way line run South 60 degrees 41 minutes 43 seconds West a distance of 200.78 feet to a point; thence South 29 degrees 18 minutes 17 seconds East a distance of 179.0 feet to a point; thence run South 89 degrees 07 minutes 17 seconds West a distance of 280.68 feet back to the Point of Beginning; said parcel of land is part of the NW ¼ of SE ¼ of Section 14, Township 9 North, Range 11 East, Neshoba County, Mississippi and contains 3.36 acres, more or less. (Parcel No. 12300-14-041.000)

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Final Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of his or her alleged interest in the property; and

WHEREAS, the Government sent direct notice to 21st Mortgage Corporation, Tinesha Brown,

Roneshia A. Brown, Clyde Butts, DeVonna Simone Gilmore (also known as "DeVonna Simone Gilmer"), Marc K. McKay, Esq., Justin N. McCrorey, Vicky B. McCrorey, Kendall J. Baldwin, and Thomas D. Baldwin, and no other potential claimants are known; and

WHEREAS, the only timely claim that has been filed has been dismissed after a hearing before this Court, pursuant to this Court's Order dated August 22, 2016 [Ct. Doc. No. 166]; and

WHEREAS, the Government has settled with 21st Mortgage Corporation, pursuant to an Agreed Settlement of One Cavalier Englewood Mobile Home, Serial Number CV06AL0459232AB [Ct. Doc. No. 151]; and

WHEREAS, the Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Property are hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this 24th day of August, 2016.

                                                      s/David Bramlette
                                                      UNITED STATES DISTRICT JUDGE