IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

MARVIN R. BROWN                                              PETITIONER

VS.                                         CRIMINAL NO. 3:15-cr-28(DCB)
                                            CIVIL NO. 3:17-cv-638(DCB)

UNITED STATES OF AMERICA                                     RESPONDENT

<u>ORDER</u>

This cause is before the Court on defendant/petitioner Marvin R. Brown's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (docket entry 174), his first Supplemental Memorandum in support thereof (docket entry 176), and his second Supplemental Memorandum in support thereof (docket entry 178).

Having conducted the preliminary review required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States Courts, the Court finds that the Government should be required to "file an answer, motion or other response" as required by Rule 4. Accordingly,

IT IS HEREBY ORDERED that the United States Attorney for the Southern District of Mississippi shall, on or before February 23, 2018, respond to the defendant/petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.

SO ORDERED, this the 24th day of January, 2018.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE